UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00200-FDW-DSC

| | |
|---|---|
| ANGELA RENEE SMITH,              )<br>                                                  )<br>          Plaintiff,                         )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>NANCY A. BERRYHILL,              )<br>Acting Commissioner of Social Security, )<br>                                                  )<br>          Defendant.                       )<br>                                                  ) | ORDER |

THIS MATTER is before the Court on Plaintiff Angela Renee Smith's ("Plaintiff") Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 13). For the reasons stated in Plaintiff's Motion,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss is GRANTED, and this civil action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed: December 11, 2018

Frank D. Whitney
Chief United States District Judge